United States Bankruptcy Court
District of Puerto Rico

IN RE:                                                    Case No. 08-06380 SEK

VALCARCEL RODRIGUEZ, ADA NIVIA               Chapter 13
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☐ directly ☑ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____     ☑ AMENDED PLAN DATED: **10/28/2008**
☐ PRE ☐ POST-CONFIRMATION                 Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **450.00** x **60** = $ **27,000.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **27,000.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **27,000.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,800.00**

Signed: **/s/ ADA NIVIA VALCARCEL RODRIGUEZ**
         Debtor

_____
Joint Debtor

Attorney for Debtor **Marilyn Valdes Ortega Law Offices**     Phone: **(787) 758-4400**

AMENDED CHAPTER 13 PAYMENT PLAN

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **DORAL BANK**    Cr. _____    Cr. _____
# **0070033863**    # _____    # _____
$ **103.10**    $ _____    $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
**AEELA**
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
**DORAL BANK**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2) **Hacienda**
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
                  ☐ Paid 100% / ☐ Other: _____
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
**TRUSTEE TO PAY ATORNEY'S FEES BEFORE ANY SECURED OR PRIORITY CREDITOR.**

**DEBTOR WILL SURRENDER SAVINGS AND SHARES TO AEELA.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br><br> ADA NIVIA VALCARCEL RODRIGUEZ <br><br> Debtor(s) | CASE NO. 08-06380 (SEK) <br><br> CHAPTER 13 (ASSET CASE) |

## CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

**COMES(S)** now Debtor(s) represented by the undersigned counsel and respectfully allege(s) and pray(s) as follows:

1. The undersigned attorney hereby certificates that has notified all creditors and persons with interest as per master address list of the **Chapter 13, PLAN DATED 10/28/2008**.

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of this service.

In San Juan, Puerto Rico, this 31ST day of October, 2008.

**I HEREBY CERTIFY**: That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee **José R. Carrión, Esq.**, US Trustee **Monsita Lecaroz Arribas** and to all those who in this case have registered for receipt of notice by electronic mail and I hereby certify that I have mailed by regular mail to all creditors listed on the attached Master Address List.

**RESPECTFULLY SUBMITTED.**

*/S/MARILYN VALDES ORTEGA*
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O.Box 195596
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144

```
Label Matrix for local noticing          Doral Bank Inc,                    US Bankruptcy Court District of P.R.
0104-3                                   PO Box 70308                       U.S. Post Office and Courthouse Building
Case 08-06380-SEK13                      San Juan, PR 00936-8308 PR         300 Recinto Sur Street, Room 109
District of Puerto Rico                                                     San Juan, PR 00901-1964
Old San Juan
Thu Oct 16 14:35:08 AST 2008

AEELA                                    AEELA                              BANANA REPUBLIC
DEPARTAMENTO MASTER CARD                 P.O. BOX 364508                    PO BOX 530942
P.O. BOX 362766                          SAN JUAN, PR 00936-4508            ATLANTA, GA 30353-0942
SAN JUAN, PR 00936-2766


CITIFINANCIAL PLUS                       DEPARTAMENTO DE HACIENDA           DEPARTAMENTO DEL TRABAJO
1029 AVE. F.D. ROOSEVELT, SUITE 2        PO BOX 9024140                     AVE. MU?OZ RIVERA 505
SAN JUAN, PR 00920-2903                  OFICINA 424 B                      HATO REY, PR 00918-3352
                                         SAN JUAN, PR 00902-4140


(p)DISCOVER FINANCIAL SERVICES LLC       DORAL BANK                         DORAL BANK
PO BOX 3025                              PO BOX 363814                      PO BOX 71306
NEW ALBANY OH 43054-3025                 SAN JUAN, PR 00936-3814            SAN JUAN, PR 00936-8406


DORALBANK                                Discover Bank/DFS Services LLC     FDS BANK/MACYS
PO BOX 71306                             PO Box 3025                        TSYS DEBT MGMT., INC.
SAN JUAN, PR 00936-8406                  New Albany, OH 43054-3025          PO BOX 137
                                                                            COLUMBUS, GA 31902-0137


FEDERAL LITIGATION DEPT OF JUSTICE       FIA CARD SERVICES                  FIRST PREMIER BANK
PO BOX 9020192                           PO BOX 15726                       PO BOX 5147
SAN JUAN, PR 00902-0192                  WILMINGTON, DE 19886-5726          SIOUX FALLS, SD 57117-5147


GAP                                      MACY'S                             OLD NAVY
PO BOX 530942                            PO BOX 183083                      PO BOX 530942
ATLANTA, GA 30353-0942                   COLUMBUS, OH 43218-3083            ATLANTA, GA 30353-0942


SAM'S CLUB                               SAM'S CLUB                         WAL-MART
P.O. BOX 530942                          P.O. BOX 960013                    PO BOX 530927
ATLANTA, GA 30353-0942                   ORLANDO, FL 32896-0013             ATLANTA, GA 30353-0927


ADA NIVIA VALCARCEL RODRIGUEZ            JOSE RAMON CARRION MORALES         MARILYN VALDES ORTEGA
CALLE 3 H 6                              PO BOX 9023884                     VALDES-ORTEGA
DOS PINOS TOWN HOUSES                    SAN JUAN, PR 00902-3884            P O BOX 195596
SAN JUAN, PR 00923-2744                                                     SAN JUAN, PR 00919-5596


MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET SUITE 301
SAN JUAN, PR 00901-1938
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

DISCOVER
PO BOX 15251
WILMINGTON, DE 19886-5251

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)VALCARCEL RODRIGUEZ, ADA NIVIA
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

End of Label Matrix
Mailable recipients 27
Bypassed recipients 1
Total 28